IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHES W. STANFORD                                                    PLAINTIFF

v.                              Civil No.   17-4081

SHIFT SUPERVISOR JANA TALLANT;
SHERIFF BRIAN MCJUNKINS, Howard
County, Arkansas; and NURSE RHONDA
HOWARD, Southwest Arkansas Mental Health                DEFENDANTS

## ORDER

Timothes W. Stanford submitted this *pro se* action for filing. The Clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The matter of Plaintiff's eligibility for *in forma pauperis* status and service will be determined at a later time.

Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of his new address.** Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. **Failure to inform the Court of an address change shall result in this case being subject to dismissal.**

IT IS SO ORDERED this 19th day of September 2017.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE