IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHES W. STANFORD                                                                    PLAINTIFF

v.                                        Civil No. 4:17-cv-04081

SHIFT SUPERVISOR JANA TALLANT;
SHERIFF BRIAN MCJUNKINS, Howard
County, Arkansas; and NURSE RHONDA
HOWARD, Southwest Arkansas Mental Health                                        DEFENDANTS

## ORDER

Plaintiff Timothes W. Stanford filed his Complaint in this 42 U.S.C. § 1983 action *pro se* on September 19, 2017. ECF No. 1. Before the Court is Plaintiff's Motion to Compel. (ECF No. 10).

Defendants have not yet filed their answer in this matter and a timeline has not been set for discovery. Therefore, Plaintiff's motion is premature. Plaintiff is DIRECTED to refer to the Prison Litigation Guide for instructions on how and when to file a motion to compel.

Plaintiff's Motion to Compel (ECF No. 10) is **DENIED.**

**IT IS SO ORDERED this 16th day of October 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE