IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHES W. STANFORD                                                                    PLAINTIFF

v.                                         Civil No. 4:17-cv-04081

SHIFT SUPERVISOR JANA TALLANT;
SHERIFF BRIAN MCJUNKINS, Howard
County, Arkansas; and NURSE RHONDA
HOWARD, Southwest Arkansas Mental Health                                    DEFENDANTS

## ORDER

Plaintiff Timothes W. Stanford filed his Complaint in this 42 U.S.C. § 1983 action *pro se* on September 19, 2017. (ECF No. 1). On September 20, 2017, the Court ordered service on Defendants Jana Tallant, Brian McJunkins and Rhonda Howard. (ECF No. 7).

On October 10, 2017, a letter marked "Answer" was filed with the Court by Defendant Howard's supervisor, Micahael J. Cluts, purportedly on Defendant Howard's behalf. (ECF No. 12). Mr. Cluts is not a party to this lawsuit and is not authorized to file an answer on behalf of Defendant Howard.

**The Clerk is DIRECTED to strike the document filed as an Answer (ECF No. 12) for Defendant Howard. Defendant Howard is given until NOVEMBER 9, 2017, to either file an answer to Plaintiff's Complaint *pro se* or have an answer filed on her behalf through her attorney.**

**The Clerk is DIRECTED to mail a copy of this Order to Defendant Howard, certified mail, return receipt requested.**

**IT IS SO ORDERED this 20th day of October 2017.**

                /s/ Barry A. Bryant
                HON. BARRY A. BRYANT
                UNITED STATES MAGISTRATE JUDGE